**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS, DELAWARE CHAPTER, INC., | ) ) ) ) | C.A. No. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NEW CASTLE COUNTY, | ) ) | |
| Defendant. | ) | |

**VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF
AND DECLARATORY JUDGMENT**

1. Associated Builders and Contractors, Delaware Chapter, Inc. ("ABC") is a Delaware non-profit corporation. ABC is a trade association with members located throughout Delaware. The majority of ABC's members have their principal place of business located in Delaware, and in particular, New Castle County.

2. Defendant New Castle County is a governmental entity created and existing by virtue of the laws of the State of Delaware.

3. This action is based upon the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq*., and 42 U.S.C. § 1983 and as such, this Court has jurisdiction under 28 U.S.C. § 1331.

4. New Castle County requires a Responsibility Certification from "any person "proposing to bid…on a special services contract as a condition to submitting a bid to it for consideration." Code, Section 2.05.303.D.3.a.

5. A "special services contract" is defined by the New Castle County Code (the "Code") as "any contract in writing for contract construction, the cost of which is or will be paid

for with public funds, where the County or a using agency or a County agency signs the contract as one (1) of the parties..." Code Sec. 2.05.303.A.

6. The Responsibility Certification required by New Castle County states that "[a]s a condition of performing work under Special Services contracts/projects for New Castle County, Delaware, contractors and subcontractors (hereinafter referred to as "Bidders") must meet certain responsible contractor qualifications and criteria specified in New Castle County Code, Section 2.05.303." Exhibit A, Contractor/Subcontractor Responsibility Certification.

7. Prospective bidders are required to certify that "[f]or each trade or classification in which the Bidder will employ craft workers for the special services contract, the Bidder …participates in a Class A Apprenticeship Program." Exhibit A.

8. Alternatively, a Bidder must participate in an apprenticeship program which has been approved by the U.S. Department of Labor or "state apprenticeship agency" within the past three years or commit that upon execution of a special services contract, it will so participate. Id.

9. The Code defines a "Class A Apprenticeship Program" as "an apprenticeship program which is currently approved by the U.S. Department of Labor, or a state apprenticeship agency, that has graduated apprentices to journeyperson status for three (3) of the past five (5) consecutive years." Code, Section 2.05.303.A.

10. Bidders on New Castle County projects are therefore required to actively participate in an apprenticeship program which has been approved by the State of Delaware, more specifically, the Delaware Department of Labor. See, 19 Del.C. § 204 and 19 Del. Admin. Code 1101-1.0 ("These labor standards and procedures cover the Registration and Cancellation of Apprenticeship Agreements and of Apprenticeship Programs; and matters relating thereto…")

11.     The "Rules & Regulations Relating to Delaware Apprenticeship and Training Law" promulgated by the Delaware Department of Labor are codified at 19 Del. Admin. Code 1101 *et seq*. (hereinafter, the "Regulations").

12.     Under the Regulations, "[n]o [apprenticeship] Program or Agreement shall be eligible for State Registration unless it is in conformity with the requirements of this chapter." Regulations at 4.0.

13.     The Delaware Secretary of Labor is required to establish and annually report a list of apprenticeable classifications (19 Del. Code §204(e)).  Upon information and belief, the Secretary has not issued such an annual report or list recently, if ever.

14.     As a condition of bidding, every contractor and subcontractor bidding on a New Castle County construction project must certify their participation in a Delaware Department of Labor approved apprenticeship program.

15.     In Delaware, construction trades are divided into 26 work classifications under Delaware's Prevailing Wage Law.  See, Exhibit B, Classification of Workers Under Delaware's Prevailing Wage Law.

16.     The Delaware Department of Labor has only approved apprenticeship programs in 14 of the 26 work classifications.

17.     Because there are no available apprenticeship programs in the remaining classifications in which bidders can participate, ABC member contractors in those 12 trades cannot satisfy New Castle County's mandate and cannot bid on New Castle County projects.

18.     In order for an apprenticeship program to be approved by the Delaware Department of Labor, and thus accepted by New Castle County, the program must have active apprentices within twelve months of program registration.  Regulations at 4.8.

19.     An apprenticeship program will be cancelled if there are no active apprentices with a 180 day period.  Regulations at 4.9.

20.     "Apprentice" is defined as a person at least sixteen years of age who is engages in learning a skilled trade through actual work experience, and the training must consist of, *inter alia*, a minimum of 2,000 hours of on-the-job training.  Regulations at 3.1 and 5.1.3.

21.     The Regulations provide additional mandates for an apprenticeship program, such as minimum classroom hours per year, an "organized written plan," apprenticeship term, wage rates, recordkeeping and apprentice-journeyperson ratios.  Regulations at 6.0.

22.     Bidders that employ older employees with well in excess of 2,000 hours of training, or bidders which, for reasonable business interests, do not need to hire any additional employees that would need apprenticeship training are unable to bid on New Castle County projects.

23.     New Castle County has retained a construction manager and is preparing to solicit bids for construction of a 41,000 square foot library on Route 9 in New Castle County with a budget of $21 million, and expects to begin construction by September 2015 (the "Innovation Project").

24.     ABC members routinely train their employees, however, for some ABC member trades there are no Delaware Department of Labor-approved apprentice training programs available, or the ABC members employ experienced employees who are past the stage of apprenticeship, or otherwise do not have sufficient manpower, nor the business model, to make new hires to maintain an apprenticeship graduation rate of three per every five years, or consistently keep apprentices in an apprenticeship program without any 180 day break.

25.     ABC members frequently bid and perform work on Delaware construction projects, including public works projects in New Castle County.

26. The interests that ABC seeks to protect in this action are germane to the organization's purpose, that is, the philosophy that work in the construction industry should be awarded and performed on the basis of merit through fair and open competition, regardless of labor affiliation. ABC helps members develop employees, win work and deliver that work safely, ethically and profitably for the betterment of the communities in which they work.

27. Many ABC members want to bid on the Innovation Project and other New Castle County projects but are prohibited because of the New Castle County apprenticeship mandate.

28. Under 29 U.S.C. § 1144, "the provisions of [ERISA] shall supersede any and all State laws insofar as they may now or hereafter relate to any employee benefit plan described in section 1003(a) of this title…"

29. According to Section 1003(a), ERISA applies to any employee benefit plan established and maintained by any employer engaged in commerce or in any industry or activity affecting commerce.

30. The term "employee benefit plan" is defined as "an employee welfare benefit plan or an employee pension benefit plan or a plan which is both an employee welfare benefit plan and an employee pension benefit plan." 29 U.S.C. §1002(3).

31. The term "employee welfare benefit plan" is defined as "any plan, fund, or program which was heretofore or is hereafter established or maintained by an employer or by an employee organization, or by both, to the extent that such plan, fund, or program was established or is maintained for the purpose of providing for its participants or their beneficiaries… apprenticeship or other training programs…" Id. at §1002(1).

32. The State of Delaware has mandated how apprenticeship programs must be structured and administered.

33. New Castle County's requirement that bidders participate in an apprenticeship program approved by the State of Delaware as a condition of bidding is a mandate of an employee benefit plan and is therefore preempted by the Supremacy Clause, U.S. Const. Art. VI and ERISA, 29 U.S.C. §1144.  See, Exhibit C, <u>Merit Const. Alliance v. City of Quincy</u>, 759 F.3d 122 (1st Cir. 2014).

34. Under 42 U.S.C. §1983, "[e]very person who, under color of any statute, ordinance, regulation, custom, or usage, of any State…subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."

35. The applicable sections of the Code, and the New Castle County related regulations, deprive ABC members of rights, privileges or immunities secured by the Constitution and ERISA.

36. ABC is entitled an award of its attorney's fees under 42 U.S.C. §1988 or 29 U.S.C. §1132(g).

37. An actual case or controversy exists within this Court's jurisdiction and ABC is entitled to a declaration pursuant to 28 U.S.C. §2201 that the applicable section of the Code, and the New Castle County related regulations, are invalid and preempted by ERISA.

38. ABC has demonstrated a reasonable likelihood on the merits and is entitled to a preliminary injunction preventing New Castle County, its agents, servants, officials, employees and official bodies from enforcing, directly or indirectly the applicable sections of the Code and its related regulations until a final disposition.

39. If the Code and New Castle County related regulations are upheld, ABC members will be irreparably harmed in that they will be unable to bid on the Innovation Project

and other New Castle County projects, suffer loss of business, work for their employees and business profit.

40. ABC has no adequate remedy at law.

41. A balance of hardships and the public interest in ensuring fair competition and upholding federal law support the entry of an injunction.

42. ABC is entitled to a permanent injunction preventing New Castle County, its agents, servants, officials, employees and official bodies from enforcing, directly or indirectly the applicable sections of the Code and its related regulations.

WHEREFORE, Plaintiffs pray that this Court:

(a) Enter a temporary restraining order preliminarily enjoining New Castle County from enforcing the apprenticeship requirements of the Code and related New Castle County regulations during the pendency of this action;

(b) Determine and declare that the applicable sections of New Castle County Code, and its related regulations, are unconstitutional and, therefore, void and of no force or effect;

(c) Permanently enjoin New Castle County, its agents, servants, officials, employees and official bodies from enforcing, directly or indirectly, the applicable sections of the Code and New Castle County related regulations;

(d) Award ABC its reasonable costs and attorney's fees; and

(e) Award ABC such further relief as this Court deems just.

                    LOGAN & PETRONE, LLC

                    /s/ Victoria K. Petrone
                    Victoria K. Petrone, Esquire (DE #4210)
                    One Corporate Commons
                    100 W. Commons Blvd., Suite 435
                    New Castle, Delaware 19720
                    (302) 325-3555
                    (302) 325-3556 (Fax)

Dated:   August 3, 2015